**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2242**

JOHN MERRITT JAMES,

Plaintiff - Appellant,

v.

WEST VIRGINIA SUPREME COURT OF APPEALS,

Defendant - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Thomas E. Johnston, Chief District Judge.  (2:16-cv-03926)

Submitted:  April 4, 2019                                     Decided:  April 8, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Merritt James, Appellant Pro Se.  Billie Jo Streyle, MACCORKLE LAVENDER, PLLC, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Merritt James appeals the district court's order adopting the magistrate judge's recommendation to dismiss his civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *James v. West Va. Supreme Court of Appeals*, No. 2:16-cv-03926 (S.D.W. Va. Sept. 26, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*